

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Devon Energy Production Company, L.P.,    * From the 118th District Court of Glasscock County, Trial Court No. 1895.

Vs. No. 11-23-00083-CV    * November 2, 2023

McClure Oil Company, Inc. and Fina 945 L.C.,    * Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Wright, S.C.J., sitting by assignment) (Williams, J., not participating)

—and—

Driver Production, L.P., et al.,

Vs. No. 11-23-00083-CV

Devon Energy Production Company, L.P., et al.,

This court has considered the parties' joint motion for partial dismissal filed in this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed in part. The portion of the appeal relating to Thelma Kloesel is dismissed. The appeal remains active with respect to the remaining parties. The costs incurred by reason of the dismissed portion of this appeal are taxed against Thelma Kloesel.